United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSE FRANCISCO HERRERA, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-06743 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARKWAYNE MULLIN, | § | |
| *et al*, | § | |
| Defendants. | § | |

## ORDER

The parties have requested to stay these proceedings pending adjudication of Plaintiff's Application to Register Permanent Residence or to Adjust Status (Form I-485). Dkt 16.

The motion is GRANTED.

It is ORDERED that all deadlines are ABATED.

This matter is also STAYED and ADMINISTRATIVELY CLOSED. It will be reinstated on the active docket upon motion by the parties after resolution of the other case. A copy of this order must be attached as an exhibit to any motion to reinstate.

The parties must file a joint status report on April 30th and October 30th of each year until reinstated.

SO ORDERED.

Signed on November 16, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge